FILED

08 JAN 28 AM 11:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MR. ANDRE' M. FERGUSON, Plaintiff,

vs.

JUDGE CURTIS A. KARNOW, Defendant.

CASE NO. CV 08 00641 MMC

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, MR. ANDRE FERGUSON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __NA__  Net: __NA__

Employer: __-NA-__

__-NA-__

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _I WAS ON A STATE WELFARE PROGRAM_
5  _CAlled P'A'E'S. I WAS NOT_
6  _WORKING_
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.  Business, Profession or                      Yes ___ No _X_
10        self employment
11    b.  Income from stocks, bonds,                   Yes ___ No _X_
12        or royalties?
13    c.  Rent payments?                               Yes ___ No _X_
14    d.  Pensions, annuities, or                      Yes ___ No _X_
15        life insurance payments?
16    e.  Federal or State welfare payments,           Yes _X_ No ___
17        Social Security or other govern-
18        ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _I RECEIVE $422.00 PER MONTH FROM STATE_
22 _WELFARE PROGRAM CAlled P'A'E'S_
23 3.  Are you married?                                Yes ___ No _X_
24 Spouse's Full Name: _—NA—_
25 Spouse's Place of Employment: _—NA—_
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _—NA—_  Net $ _NA—_
28 4.  a.  List amount you contribute to your spouse's support:$ _∅—NA—_

PRIS. APP. TO PROC. IN FORMA PAUPERIS        -2-

1     b.     List the persons other than your spouse who are dependent upon you for
2               support and indicate how much you contribute toward their support. (NOTE:
3               For minor children, list only their initials and ages. DO NOT INCLUDE
4               THEIR NAMES.).

5 _____

6 _____

7   5.     Do you own or are you buying a home?     Yes ___ No _X_

8   Estimated Market Value: $ __NA__ Amount of Mortgage: $ __NA__

9   6.     Do you own an automobile?     Yes ___ No _X_

10   Make __NA__ Year __NA__ Model __NA__

11   Is it financed? Yes _NA_ No _X_ If so, Total due: $ __NA__

12   Monthly Payment: $ __NA__

13   7.     Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

14   Name(s) and address(es) of bank: __-NA-__

15   __-NA-__

16   Present balance(s): $ __-NA-__

17   Do you own any cash? Yes ___ No _X_ Amount: $ __-NA-__

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ___ No _X_

20   __NA__

21   8.     What are your monthly expenses?

22   Rent: $ __380.00__     Utilities: __Ø__

23   Food: $ __160.00__     Clothing: __Ø__

24   Charge Accounts:

25   <u>Name of Account</u>     <u>Monthly Payment</u>     <u>Total Owed on This Acct.</u>

26   __NA__   $ _____   $ _____

27   __NA__   $ _____   $ _____

28   __NA__   $ _____   $ _____   9.   Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do <u>not</u> include account numbers.)
3 | _____
4 | _____
5 | 10.     Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ____   No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | FERGUSON -V- WEEKS ETC' EL
10 | I AM UNSURE OF THE NAME BUT IT WAS FILED IN 8-06
11 |        I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |        I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | 1-13-08                              Mr. Andre Ferguson
17 |    DATE                              SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

    I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _MR. ANDRE' FERGUSON_ for the last six months at

                                            [prisoner name]

_____ where (s)he is confined.
       [name of institution]

    I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                            _____
                                             [Authorized officer of the institution]