To: The Office of The Clerk

FILED
08 FEB 12 PM 1:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

I am submitting a new complaint enclosed in my complaint is the required paperwork needed for filing such action. San Francisco Sheriffs Dept. has been doing some illegal practices with my out-going mail - to the point I don't trust them with it any more. So could you please be patient with me regarding this issue.

Respectfully submitted by

Mr. Andre Ferguson

P.S. So please cancel CV-08-00641-MMC and file the new complaint with a new civil case number I am going through some severe HARDSHIPS!!

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV 08 00641 MMC**.

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. __✓__ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   __✓__ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   __✓__ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 10/25/07

FERGUSON



Mr. Andre M. Ferguson #2344489
County Jail #5 - P.O. Box 67
San Bruno, California
Zip code) 94066

*Confidential*

To: Clerk of the United States District Court
for the Northern District of California
450 - Golden Gate Avenue
P.O. Box 36060
San Francisco, California
Zip code) 94102