**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE M. FERGUSON, | No. C 08-0641 MMC (PR) |
| Plaintiff, | **ORDER OF DISMISSAL; TERMINATING ALL PENDING MOTIONS** |
| v. | |
| JUDGE CURTIS A. KARNOW, | **(Docket No. 2)** |
| Defendant. | |

On January 28, 2008, plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action. On February 12, 2008, plaintiff filed a notice of voluntary dismissal of the action. A plaintiff has an absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." See Fed. R. Civ. P. 41(a)(1)(i). To date, defendants have not filed an answer or otherwise responded to the complaint. Accordingly, the above-titled action is hereby DISMISSED without prejudice.

This order terminates all pending motions.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: February 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge